BEFORE THE FIRST DIVISION, DECEMBER 9, 1938

**No. 40050.**—Protests 961595–G, etc., of Philadelphia & Reading Coal and Iron Co. et al. (Boston and Providence).

Opinion by FIRST DIVISION.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 9, 1938

**No. 40051.**—Protests 567383–G/80269, etc., of Carson, Pirie, Scott & Co. (Chicago).

Opinion by TILSON, J.  The record shows that certain items consist of burnt-out lace collars and other articles of wearing apparel similar to those involved in *United States* v. *Field* (22 C. C. P. A. 502, T. D. 47495).  The claim at 37½ percent under paragraph 919 was therefore sustained.

**No. 40052.**—Protest 576550–G/80338 of Sears, Roebuck & Co. (Chicago).

Opinion by TILSON, J.  The record showed that certain items consist of burnt-out lace collars similar to those involved in *United States* v. *Field* (22 C. C. P. A. 502, T. D. 47495).  The claim at 37½ percent under paragraph 919 was therefore sustained.

**No. 40053.**—Protest 443371–G of S. H. Pomerance Co., Inc. (New York).

Opinion by TILSON, J.  Articles in chief value of cellulose filaments similar to those in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40054.**—Protests 491507–G, etc., of B. Altman & Co., Ltd., et al. (New York).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40055.**—Protests 590362–G, etc., of A. F. Trading Corp. et al. (New York).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.